UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

David Mondore          Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   (  ) (  )

20 Mag. 9159

Defendant ___David Mondore_____ hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or _X__ teleconferencing:

_X__   Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_    Bail/Detention Hearing

___    Conference Before a Judicial Officer

/s/ David Mondore by Sylvie Levine
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Sylvie Levine
_____
Defendant's Counsel's Signature

David Mondore
_____
Print Defendant's Name

Sylvie Levine
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

 08/27/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge